KTC:SW/MH
F. #2002R00476

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

KENNETH COBB,

              Defendant.

- - - - - - - - - - - - - - - - -X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 03-964 (S-1) (FB) [handwritten: CR04-205]
(T. 21, U.S.C., §§ 846,
841(b)(1)(A)(i) and
841(b)(1)(A)(ii)(II);
T. 18, U.S.C., §§ 922(g)(1),
924(a)(2), 1951(a) and
3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Narcotics Trafficking Conspiracy)

In or about and between November 2000 and March 2004, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant KENNETH COBB, together with others, did knowingly and intentionally conspire to distribute and to possess with intent to distribute one or more controlled substances, which offense involved (a) 1 kilogram or more of a substance containing heroin, a Schedule I controlled substance, and (b) 5 kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846, 841(b)(1)(A)(i) and 841(b)(1)(A)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO
### (Hobbs Act Conspiracy)

In or about February 2002, within the Eastern District of New York and elsewhere, the defendant KENNETH COBB, together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by robbery of employees of Coin Devices Corporation.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

## COUNT THREE
### (Felon-in-Possession)

In or about April 2002, within the Eastern District of New York, the defendant KENNETH COBB, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: one Smith & Wesson 9 millimeter pistol.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

*Roslynn R. Mauskopf*
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK