# UNITED STATES COURT OF APPEALS
## SECOND CIRCUIT
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007
212-857-8500

**DENNIS JACOBS**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

------------------------------------------------------------x

UNITED STATES OF AMERICA,

      *Appellee*,

-v-

KENNETH COBB,

      *Defendant-appellant.*

------------------------------------------------------------x

Docket Nos: 08-0051-cr

FILED JAN 22 2008

## CJA CRIMINAL APPEAL SCHEDULING ORDER #1
## ADDRESS ALL INQUIRIES TO (212) 857-8515

    The Court having appointed **CHUCK WILLSON, ESQ.**, as counsel for the defendant-appellant **KENNETH COBB**, pursuant to the Criminal Justice Act, and the Court noting that the notice of appeal was filed on January 3, 2008,

    IT IS HEREBY ORDERED that the court reporter shall file with the Clerk of the District Court within 30 days from receipt of the transcript order those transcripts ordered pursuant to FRAP 10(b)(1). Any motions by the court reporter to extend the time to file the transcripts shall be made no less than seven (7) days before the transcripts are due, unless exceptional circumstances exist.

    IT IS FURTHER ORDERED that counsel shall forward a copy of any amendment, correction, or supplement to the initial transcript order to this Court and to the Clerk of the District Court forthwith.

    IT IS FURTHER ORDERED that within ten (10) days of the filing of this order, counsel shall take such steps as may be necessary to enable the Clerk of the District Court to assemble and transmit the record which shall be filed on or before **FEBRUARY 11, 2008.** The documents constituting the record on appeal shall not be transmitted until requested by this Court, but will be required within 24 hours of such request.

*USA v. Cobb,* 08-0051-cr
Page 2

IT IS FURTHER ORDERED that ten (10) xerographic copies of the appellant's brief and joint appendix be served and filed on or before **MARCH 31, 2008.**

IT IS FURTHER ORDERED that the appendix, in addition to whatever also it includes, shall include copies of the District Court docket entries, the indictments, the charge to the jury, the judgment of convictions and opinion of the Court below; and

IT IS FURTHER ORDERED that if such brief or joint appendix is not filed by the date set, the appeal shall be dismissed forthwith.

IT IS FURTHER ORDERED that the United States shall serve and file ten (10) copies of its brief on or before **APRIL 30, 2008** except that a response to a brief filed pursuant to *Anders v. California,* 386 U.S. 738 (1967) shall be served and filed in lieu of a brief by not later than **April 15, 2008.**

IT IS FURTHER ORDERED that any counsel appointed pursuant to the Criminal Justice Act shall submit a completed voucher (CJA-20) by not later than 45 days after final disposition of the appeal.

IT IS FURTHER ORDERED that the United States may, without further order of the Court, file ten (10) copies of an appendix to its brief.

IT IS FURTHER ORDERED that the argument of the appeal shall be heard as early as the week of **June 23, 2008** except that an appeal in which an *Anders* brief has been filed shall be ready to be heard immediately following the receipt of the response of the appellee. All counsel should immediately advise the Clerk by letter of the dates thereafter that they are unavailable for oral argument. The time and place of oral argument shall be separately noticed by the Clerk to counsel.

FOR THE COURT,

*Catherine O'Hagan Wolfe*

CATHERINE O'HAGAN WOLFE
CLERK OF COURT

DATE:  January 22, 2008